JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JOANNE C. MACK,** | ) | **NO. ED CV 17-1142-KS** |
| **Plaintiff,** | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **NANCY A. BERRYHILL**, Acting | ) | |
| **Commissioner of Social Security,** | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: May 30, 2018

_Karen L. Stevenson_
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE